UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>     Plaintiff, )<br>     )<br>     v. )<br>     )<br>JON MAJOR, a/k/a Mark Paul, Jozua Hfvak, )<br>Joshua Mack, Milah Numbers, and "JZ" )<br>     )<br>     Defendant. )<br>_____ ) | CASE NO. CR17-096-RSM<br><br>DETENTION ORDER |

Offense charged:     Bank Fraud and Attempted Bank Fraud

Date of Detention Hearing:     June 27, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant was indicted in this District for five counts of Bank Fraud and

Attempted Bank Fraud. He was arrested in the District of Hawaii and, after an identity hearing, transferred to this District. The transfer was complicated by an incident occurring in the custody of the United States Marshals on an airplane just prior to departure from the Honolulu airport, resulting in defendant being banned from all commercial flights. Transfer was eventually effectuated via military transport. Defendant has a history of mental health issues and numerous suicide attempts. There are several active warrants resulting from failures to appear. Defendant is allegedly associated with several alias names.

2. Defendant poses a risk of nonappearance based on lack of verified information, unknown family ties, lack of or unknown ties to this district, no residence in place, unaddressed mental health and substance use concerns, history of failures to appear, active warrants, inconsistent background information, and unknown whereabouts of his passport. Defendant poses a risk of danger based on criminal history, pending charges involving a minor, the nature of the instant offense, and unaddressed mental health and substance use concerns.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 27th day of June, 2017.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3